K.B. Forbes
P.O. Box 381984
Birmingham, AL 35238-1984
(323) 264-5889
kb@cdlu.org
Plaintiff, appearing Pro Se

FILED AB

2025 APR 23 P 3:21

U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| K.B. FORBES AND CONSEJO DE LATINOS UNIDOS, INC., A NOT-FOR-PROFIT PUBLIC CHARITY,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SOUTHERN COMPANY, A CORPORATION, ALABAMA POWER COMPANY, A CORPORATION, MATRIX, LLC, AN ALABAMA LIMITED LIABILITY COMPANY, PERKINS COMMUNICATION, LLC, AN ALABAMA LIMITED LIABILITY COMPANY, JOE PERKINS, MARK A. CROSSWHITE, JEFF PEOPLES, ZEKE SMITH, JOSHUA WHITMAN, THOMAS A. FANNING, AND JAMES Y. KERR,<br><br>Defendants | Case No.: 2:24CV1618-AMM<br><br><br>**PLAINTIFFS' MOTION FOR LEAVE TO EXTEND TIME** |

### PLAINTIFFS' MOTION FOR LEAVE TO EXTEND TIME

Plaintiffs, K.B. Forbes and the Consejo de Latinos Unidos, Inc. ("Plaintiffs"), respectfully request that the Court grant us a motion for leave to extend time for an additional 30 days.

On March 24, 2025, the Court granted Plaintiffs' Motion for Leave to Extend Time until today, April 23, 2025. We have three law firms currently reviewing the case, two in Florida and

FORBES VS SOUTHERN CO.

1

one in Texas, and are confident that we will secure legal counsel very soon. One of the firms notified us this morning that they are in the process of making a determination soon.

We will soon engage counsel and have this case amended but request time to do so. We appreciate the Court's consideration and patience.

Respectfully submitted this 23rd day of April, 2025.



K.B. Forbes
Pro Se
P.O. Box 381984
Birmingham, AL 35238-1984
(323) 264-5889
kb@cdlu.org

FORBES VS SOUTHERN CO.