UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **K.B. FORBES and CONSEJO DE LATINOS UNIDOS, INC.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Case No.: 2:24-cv-01618-AMM |
| **THE SOUTHERN COMPANY,** *et al.*, | ) ) ) ) | |
| **Defendants.** | ) | |

## **ORDER**

Before the court is Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. Doc. 30.  Plaintiff's response to the motion is due within 21 days from the date of this order.  Defendant's reply is due 14 days after the filing of plaintiff's response.

**DONE** and **ORDERED** this 16th day of June, 2025.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE