# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **K.B. FORBES; CONSEJO DE LATINOS UNIDOS, INC.**, a not-for-profit public charity, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>)   Case No.: 2:24-cv-01618-AMM |
| **THE SOUTHERN COMPANY**, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

With the filing of the Second Amended Complaint, Doc. 36, the court **DENIES AS MOOT** defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, Doc. 30.

**DONE** and **ORDERED** this 2nd day of October, 2025.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE