# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **K.B. FORBES and CONSEJO DE LATINOS UNIDOS, INC.,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Case No.: 2:24-cv-01618-AMM |
| **THE SOUTHERN COMPANY,** *et al.*, ) ) ) | |
| **Defendants.** ) | |

## ORDER

This case is before the court on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint. Doc. 39. Plaintiffs' response is due within twenty-one (21) days from the date of this order. Defendants' reply is due within fourteen (14) days from the date plaintiffs' response is filed.

**DONE** and **ORDERED** this 10th day of October, 2025.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE